UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    Case No.: 21-cr-20566-DLG

v.

JAROSLAVA RUIZ,

        Defendant.

_____/

**DEFENDANT, JAROSLAVA RUIZ' NOTICE OF FILING SUPPLEMENTAL INFORMATION**

COMES NOW, the Defendant, JAROSLAVA RUIZ, by and through undersigned counsel, and hereby provides notice of filing the following supplemental information.

1. An online newspaper article from firstcoastnews.com published on August 18, 2023. The online newspaper article is attached hereto as ***Exhibit 1.***

2. Supreme Court of Florida Order in *In re: Petition for Disciplinary Revocation of Benjamin Waldo Buck Jr.*, SC-2023-0214 (Aug. 17, 2023) attached hereto as ***Exhibit 2.***

3. Petition for Disciplinary Revocation in *In re: Petition for Disciplinary Revocation of Benjamin Waldo Buck Jr.*, SC-2023-0214 (Feb. 9, 2023) attached hereto as ***Exhibit 3.***

                                            Respectfully submitted,

                                            **QUINTERO BROCHE, P.A.**
                                            *Attorneys for Defendant*
                                            75 Valencia Ave., Suite 800
                                            Coral Gables, Florida 33134
                                            Tel.: 305-446-0303
                                            Fax: 305-446-4503
                                            E-mail: eservice@quinterolaw.net
                                                            fquintero@quinterolaw.net
                                                             jpbroche@quinterolaw.net

                              BY:     */s/ Frank Quintero, Jr.*
                                           FRANK QUINTERO, JR.
                                           Fla. Bar No.: 399167

1



**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was electronically filed via *CM/ECF* this 19th day of August 2023, and a courtesy copy of the foregoing furnished via email to all counsel of record.

             Respectfully submitted,

      BY: */s/ Frank Quintero, Jr.*
          FRANK QUINTERO, JR.
          Fla. Bar No.: 399167